**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SMART LOCK, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SPECTRUM BRANDS, INC. f/k/a/<br>KWIKSET CORPORATION;<br>SPECTRUM BRANDS HOLDINGS, INC.;<br>and UNIKEY TECHNOLOGIES, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 2:16-cv-691<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Matthew Antonelli, enters his appearance in this matter as counsel for Plaintiff, Smart Lock, LLC, for the purpose of receiving notices and orders from the Court.

Dated: July 5, 2016                    Respectfully submitted,

*/s/ Matthew Antonelli*
Matthew Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
ANTONELLI, HARRINGTON &
THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000
(713) 581-3020 fax

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of July, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Matthew Antonelli*
Matthew Antonelli